

March 12, 2019

Hon. Carla E. Craig
United States Bankruptcy Judge
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

  Re: Helen Gluck
     Case Number: 18-45085 Chapter 7

Dear Judge Craig:

  Balisok & Kaufman PLLC represents the above-referenced Debtor in the Chapter 7 Bankruptcy matter.

  On February 5, 2019, our office sent the loss mitigation documents to the counsel for the Debtor's Secured Creditor, Seterus, by way of email, to cgaliano@msgrb.com. On February 6, 2019, the counsel responded with a list of documents that must be accompanied with the loss mitigation documents. On March 12, 2019, our office sent what we believe to be a full response to their inquiry.

  Please feel free to call me if you have any questions. Thank you for your kind attention to this matter.

           Sincerely,

           /s/ *Joseph Y. Balisok*
           Joseph Y. Balisok, Esq.


cc: Catherine Galiano, cgaliano@msgrb.com