# DAVID A. GALLO & ASSOCIATES LLP



WWW.DAGALLP.COM
99 Powerhouse Road – First Floor
Roslyn Heights, NY 11577

New Jersey Office:
191 Godwin Avenue
Wyckoff, NJ 07481

**Please reply to New York address**

DAVID A. GALLO
KATHLEEN CLIFFORD GALLO
*ROBERT M. LINK
* MEMBER OF N.Y. & N.J.

DANIEL D. ANGIOLILLO
Justice of the Appellate Division
Second Department, Retired
*Of Counsel*

NY Phone: (516) 583-5330
NY Fax: (516) 583-5333
NJ Phone: (201) 778-4400

April 5, 2019

Judge Carla E. Craig
United States Bankruptcy Court, Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201

RE: **In re Helen H Gluck, Case No. 18-45085-cec**

Dear Judge Craig:

    Please be reminded that the Debtor's loan was service transferred from Seterus, Inc. to Mr. Cooper on March 1, 2019. At this time the file is still in review with the underwriter. As soon as an update is received, Debtor's Counsel will be notified immediately.

    Thank you for your time and attention to this matter.

                                           Respectfully submitted,
                                           */s/Robyn E. Goldstein, Esq.*
                                           Robyn Goldstein