# DAVID A. GALLO & ASSOCIATES LLP



WWW.DAGALLP.COM
99 Powerhouse Road – First Floor
Roslyn Heights, NY 11577

New Jersey Office:
191 Godwin Avenue
Wyckoff, NJ 07481

**Please reply to New York address**

DAVID A. GALLO
KATHLEEN CLIFFORD GALLO
*ROBERT M. LINK
*MEMBER OF N.Y. & N.J.

DANIEL D. ANGIOLILLO
Justice of the Appellate Division
Second Department, Retired
*Of Counsel*

NY Phone: (516) 583-5330
NY Fax: (516) 583-5333
NJ Phone: (201) 778-4400

June 6, 2019

Judge Carla E. Craig
United States Bankruptcy Court, Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201

RE:    **In re Helen H Gluck, Case No. 18-45085-cec**

Dear Judge Craig:

     Please be reminded that the Debtor's loan was service transferred from Seterus, Inc. to Mr. Cooper on March 1, 2019. The loan modification review resulted in a denial and a copy of the denial letter was sent to Debtor's Counsel, Shalom D. Samuels, on May 8, 2019. A request was made from Debtor's Counsel for a breakdown of the figures used to calculate the denial. The below response to said request was sent on May 14, 2019:

```
The review is for a FNMA flex modification which is not based on income or
expenses as per FNMA guidelines. Please see below for the figures used to
calculate the denial:

Current upb 389525.48
Current interest rate 5.875%
Current p&I payment 2525.87
Post mod upb 690,535.85
Post mod interest rate 5.875%
Post mod terms 480 months
Post mod p&I 3739.43

The property is valued at 1,111,600.00. Since there is equity in the property the
review does not require us to offer a forbearance or a reduction in
interest rate.
```

Based on the above, our office respectfully requests that loss mitigation be terminated.

Thank you for your time and attention to this matter.

                 Respectfully submitted,
                 */s/Robyn E. Goldstein, Esq.*
                 Robyn Goldstein