UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x

In re:

Helen H Gluck                                              Case No. 18-45085-cec
                                                           Chapter 7

                    Debtor
---------------------------------------------------x

## LOSS MITIGATION FINAL REPORT

**Name of Lender**: Nationstar Mortgage LLC d/b/a Mr. Cooper

**Property Address**: 1966 62ND ST, BROOKLYN, New York 11204

**Last Four Digits of Account Number of Loan**: 3565

**File Date of Request for Loss Mitigation**: 10/31/2018

**Date of Entry of Order Granting Loss Mitigation**: 11/20/2018

**Date of Entry of Order Approving Settlement (*if any*)**: _____

**Other Requests for Loss Mitigation in this Case**: ___ Yes   ✓ No

*The use of the Court's Loss Mitigation Procedures has resulted in the following (please check appropriate the box below):*

- ☐ Loan modification.
- ☐ Loan refinance.
- ☐ Forbearance
- ☐ Short sale.
- ☐ Surrender of property.
- ✓ No agreement has been reached.
- ☐ Other: _____

Dated: June 20, 2019                    Signature: */s/ Robyn E. Goldstein*
                                        Robyn E. Goldstein, Esq.
                                        Attorney for Secured Creditor