UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X

In re:
       HELEN H. GLUCK,                           Chapter 7
                                                   Case No.  1-18-45085 (cec)
                       Debtor.
----------------------------------------------------X

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND AWARDING FINAL COMPENSATION TO TRUSTEE

Upon the filing by Chapter 7 Trustee, Lori Lapin Jones ("Trustee") of the Trustee's Final Report dated April 30, 2019  ("Trustee's Final Report"); the Application For Compensation and Reimbursement of Expenses dated April 30, 2019 ("Application") for allowance of compensation and reimbursement of expenses to Lori Lapin Jones and no objection having been filed to the Trustee's Final Report, and the application for compensation; and a hearing having been held; and notice having been given pursuant to Federal Rule of Bankruptcy Procedure 2002(a)(6) and (c)(2); and upon the statement of the United States Trustee regarding Trustee's Final Report and applications for compensation entered on the docket on May 23, 2019; and good cause appearing thereof; it is hereby

ORDERED, that the Chapter 7 Trustee, Lori Lapin Jones is awarded commissions in the amount of $377.18 and expenses in the amount of $16.10; and it is further

ORDERED, that the Trustee's Final Report is approved and the Trustee is authorized to abandon the Debtor's books and records; and it is further

ORDERED, that upon the closing of this case, the Trustee shall be discharged from her

duties; and it is further

ORDERED, that the Trustee is authorized to perform such acts, pay such awards and execute such documents as are necessary to implement the terms and conditions of this Order.



**Dated: Brooklyn, New York**
**July 1, 2019**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**